JUDGE CHIN

07 CIV 7627

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHINA NATIONAL CHARTERING CORPORATION,

                Plaintiff,

- against -

HARLOW INTERNATIONAL LTD. a/k/a
HARLOW INTERNATIONAL U.K.,

                Defendant.
---------------------------------------------------------------X

07 Civ. ____

ECF CASE

RECEIVED AUG 27 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: August 27, 2007
       New York, NY

                The Plaintiff,
                CHINA NATIONAL CHARTERING
                CORPORATION

                By: _____
                Nancy R. Peterson (NP 2871)
                Patrick F. Lennon (PL 2162)
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                nrp@lenmur.com
                pfl@lenmur.com