CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| CHINA NATIONAL CHARTERING CORPORATION | : | |
| | : | |
| Plaintiff, | : | **07-CV-7627** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| HARLOW INTERNATIONAL LTD. a/k/a HARLOW INTERNATIONAL U.K. | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 30, 2007

                                          CLARK, ATCHESON & REISERT
                                          Attorneys for Garnishee
                                          Societe Generale New York Branch

By: _____
                                          Richard J. Reisert (RR-7118)
                                          7800 River Road
                                          North Bergen, NJ  07047
                                          Tel: (201) 537-1200
                                          Fax: (201) 537-1201
                                          Email:  reisert@navlaw.com