

**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

June 13, 2008

**By Facsimile (212) 805-7906**
Hon. Denny Chin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

Re:  **China National Chartering Corporation v. Harlow International Ltd.**
Docket Number: 07-cv-07627-DC
Our Reference Number: 1214

Dear Judge Chin:

We represent the Plaintiff, China National Chartering Corporation, in the above captioned matter. As requested by your Honor's law clerk, we write: (1) to confirm that garnishee Societe Generale's counsel, Mr. Richard Reisart, has consented to allow Plaintiff to file an Amended Complaint in this action; and (2) to request that the Court memo-endorse this letter, providing that Plaintiff be allowed to amend its Complaint to add the entity, Semprex, as a Defendant in this action. Courtesy copies of the proposed Amended Complaint have already been delivered to chambers.

This action was initiated on or about August 27, 2007 by the filing of a Verified Complaint. In the Complaint, Plaintiff requested and was granted an Ex-Parte Order of Maritime Attachment pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. In accordance with Ex-Parte Order, the clerk of the court issued Process of Maritime Attachment as against Defendant's property. Plaintiff then duly served the Order and Process of Attachment on the garnishee banks named therein including, but not limited to, Societe Generale.[1]

On or about September 19, 2007, garnishee Societe Generale filed an Answer to the Process of Attachment, stating that no funds had been attached. Plaintiff would now like to amend the Complaint to add an alter-ego of Defendant Harlow to the action. We have requested and Societe Generale has consented to allow us to file the Amended Complaint.

In light of the foregoing, we respectfully request that the Court memo-endorse this letter, providing that Plaintiff be allowed to file its Amended Complaint in this action. This is Plaintiff's first request for an amendment in this matter.

We are available to discuss the matters raised herein at your Honor's convenience.

Approved
SO ORDERED.
[signature] 6/13/08

Respectfully submitted,

[signature]
Nancy R. Peterson (Siegel)

---

[1] Defendant Harlow's property has recently been attached by Wachovia. Thus, we are now preparing to send notice of attachment to Harlow.

Patrick F. Lennon   Charles E. Murphy   Kevin J. Lennon   Nancy R. Siegel   Anne C. LeVasseur   Coleen A. McEvoy